UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 2246 PEACHTREE CIRCLE, CHULA VISTA, CA 91915, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>Defendant. | Civil No. 04CV0786-RBB<br><br>ORDER GRANTING JOINT MOTION TO CLOSE CASE [Doc. No. 49] |

Present before the Court is the parties' Joint Motion to Close Case (Doc. No. 49). Pursuant to the Stipulated Judgment of Forfeiture and Order of December 1, 2005 (Doc. No. 35), the parties' agreement that Claimant has fulfilled her obligation to pay $50,000.00 to the United States, and good cause appearing, the Court hereby grants the joint motion and orders this case closed.

**IT IS SO ORDERED.**

DATED:  January 16, 2007

RUBEN B. BROOKS
Magistrate Judge